UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:09CV-P108-M

**IVY D. BROWN** *et al.*                                                                                 **PLAINTIFFS**

v.

**DERRICK B. BAINES** *et al.*                                                             **DEFENDANTS**

### MEMORANDUM OPINION

Four Plaintiffs, Ivy D. Brown, Derrick B. Baines, Terry Pelletier, and Shaun Washington, initiated this civil action under 42 U.S.C. § 1983 while incarcerated at the Daviess County Detention Center. Upon filing the instant action, they assumed the responsibility to keep this Court advised of their current addresses and to litigate their claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

On November 4, 2009, the Clerk of Court sent notices of deficiency to the Plaintiffs. On November 17, 2009, the deficiency notices were returned to the Court by the United States Postal Service marked "Return to Sender" (DNs 9-13). Apparently, Plaintiffs are no longer incarcerated at the Daviess County Detention Center and have not advised the Court of any changes in address. Because neither notices from this Court nor filings by the Defendants in this

action can be served on the Plaintiffs, the Court construes this action to be abandoned. The Court will enter a separate Order of Dismissal.

Date:

cc:     Plaintiffs, *pro se*
        Defendants

4414.008